IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLOS SANCHEZ,

    Petitioner,

v.

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2730

Opinion filed July 9, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Carlos Sanchez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED. Baker v. State, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.